**Sharu BEY, Petitioner–Appellant,**

v.

**Warden HOLLENBECK, Respondent–Appellee.**

No. 15–6468.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2015.

Decided: Oct. 5, 2015.

Sharu Bey, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharu Bey, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Bey v. Hollenbeck,* No. 5:14–hc–02016–FL (E.D.N.C. Feb. 27, 2015). We deny Bey's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*